IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. Action No. 5:12-00723-D

| | | |
|---|---|---|
| JANN T. GARTRELL, | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Good cause having been shown upon the parties' consent motion for sentence-six remand, the Court hereby remands this case to Defendant for further administrative proceedings pursuant to 42 U.S.C. § 405(g), SENTENCE SIX, and 42 U.S.C. § 1383(c)(3).

SO ORDERED this **24** day of July 2013,

James C. Dever, III
Chief United States District Judge