UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JANN T. GARTRELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:12-CV-723-D |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, upon request by defendant for entry of final judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 7, 2014, that the Administrative Law Judge rendered a favorable decision to plaintiff on March 28, 2014 which neither party contests, and final judgment is rendered in favor of plaintiff in the instant action in accordance with the decision of the Administrative Law Judge.

**This Judgment Filed and Entered on July 7, 2014, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Peter A. Heinlein (via CM/ECF Notice of Electronic Filing)


July 7, 2014                    JULIE A. RICHARDS, CLERK
                                 /s/ Christa N. Baker
                                (By) Christa N. Baker, Deputy Clerk