IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-cv-723-D

| JANN GARTRELL, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | **ORDER** |
| CAROLYN COLVIN, | ) |  |
| Acting Commissioner of Social | ) |  |
| Security, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $4,547.00 for attorney fees, representing the remainder of 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. Upon receipt of the § 406(b) fee, Plaintiff will be reimbursed the EAJA fee of $3,468.75 by counsel.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, the sum of $4,547.00 from Plaintiff's back benefits and upon the payment of such sum this case is dismissed with prejudice.

SO ORDERED. This 2 day of October 2014.

JAMES C. DEVER III
Chief United States District Judge