UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JANN GARTRELL, ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 5:12-CV-723-D** |
| ) | |
| CAROLYN W. COLVIN, Acting Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner of Social Security to pay to Plaintiff's counsel, the sum of $4,547.00 from Plaintiff's back benefits and upon the payment of such sum this case is dismissed with prejudice.

**This Judgment Filed and Entered on October 2, 2014, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Peter A. Heinlein (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE | JULIE A. RICHARDS, CLERK |
| October 2, 2014 | /s/ Susan K. Edwards |
| | (By) Susan K. Edwards, Deputy Clerk |